**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MICHAEL SIGEL,**

            **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-135-Orl-31DAB**

**INTERPLAY ENTERTAINMENT CORP.**
**& CELERIS, INC.,**

            **Defendants.**
_____

## ORDER AND PERMANENT INJUNCTION

Upon consideration of Plaintiff's Motion for Default Judgment (Doc. 30), to which no response has been filed, it is

**ORDERED** and **ADJUDGED** that Plaintiff's Motion is GRANTED, and::

1.　Default judgment is entered in favor of Plaintiff, Michael Sigel ("Sigel"), and against Defendants, Interplay Entertainment Corp. and Celeris, Inc. on Counts I, II and III, as set forth in Plaintiff's Complaint.

2.　Defendants, their agents, servants, and employees and those persons in action concert or participation with them are hereby permanently enjoined and restrained from directly or indirectly using the name or likeness of Michael Sigel.

3.　Defendants are permanently enjoined and restrained from performing any actions using Sigel's name and/or likeness.

   4. Within thirty days after the entry of this Order, Defendants shall cause to be destroyed all products, signs, prints, packages, wrappers, cards, receptacles, stationery, and advertisements in their possession using Sigel's name and/or likeness.

   5. Within forty-five days after entry of this Order, Defendants shall file with the court, and serve on Sigel, a sworn statement confirming that they have stopped using Sigel's name and/or likeness and setting forth in detail the manner and form in which they have complied with the terms of this Order.

   6. Within thirty days of the entry of this Order, Sigel shall file his application for costs, including attorney's fees, incurred in this action.

   7. The Court retains jurisdiction over this action for the purpose of enforcing this Order and for the purpose of granting any further relief.

   **DONE** and **ORDERED** in Chambers, Orlando, Florida on September 29, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party