# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHAEL SIGEL,**

       **Plaintiff,**

**-vs-**                                       **Case No. 6:06-cv-135-Orl-31DAB**

**INTERPLAY ENTERTAINMENT CORP.
& CELERIS, INC.,**

       **Defendants.**

_____

## ORDER

This cause comes before the Court on the Plaintiff's Motion for Attorney Fees and Costs (Doc. No. 35) filed October 30, 2006.

On January 30, 2007, the United States Magistrate Judge issued a report (Doc. No. 39) recommending that the motion be granted. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Attorney Fees and Costs is GRANTED in part. The Plaintiff is entitled to an award of attorneys fees in the amount of $15,000.00, and the Clerk shall enter judgment accordingly. As to the issue of costs, the request is DENIED, without prejudice, and Plaintiff is directed to submit a properly supported Bill of Costs.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 20th day of February, 2007.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE